| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | PHOUVANH DUBEE VONGSENEKEO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-0331 AWI / BAM |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER ADVANCING HEARING |
| vs. | ) ) | |
| PHOUVANH DUBEE VONGSENEKEO, | ) ) | DATE: November 18, 2013 TIME: 10:00 a.m. |
| *Defendant.* | ) ) ) | JUDGE: Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the Second Status Conference currently set for December 9, 2013, at 1:00 p.m., **may be advanced and rescheduled to November 18, 2013 at 10:00 a.m. for a change of plea hearing before the Honorable Anthony W. Ishii.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea November 18, 2013.

-1-

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| | DATED: November 14, 2013 | By: | */s/ Kevin P. Rooney*<br>KEVIN P. ROONEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| | DATED: November 14, 2013 | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>PHOUVANH DUBEE VONGSENEKEO |

**O R D E R**

IT IS SO ORDERED.

Dated: November 14, 2013  _____

SENIOR DISTRICT JUDGE